# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135052
(78)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLEN M. HARTMAN, Personal
Representative of the Estate of
Mary Lou Hartman,
        Plaintiff-Appellant,

v

PORT HURON HOSPITAL,
FORREST BRYAN FERNANDEZ,
M.D., and JALAL UD-DIN AKBAR,
M.D.,
        Defendants-Appellees.

SC: 135052
COA: 257536
St. Clair CC: 02-000445-NH

_____/

On order of the Court, the motion for review of taxation of costs is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk